IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-02432-WYD-KMT

DR. ALLEN FRIEDMAN, individually and on behalf of all others similarly situated,

   Plaintiff,

v.

DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., d/b/a DOLLAR RENT A CAR;
DOLLAR RENT A CAR, INC.; and
DTG OPERATIONS, INC. d/b/a/ DOLLAR RENT A CAR,

   Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

   Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 18) And Defendants' Motion to Strike Class Allegations Pursuant to Federal Rule of Civil Procedure 23(d)(1)(D) (ECF No. 19), both filed November 9, 2012, are **DENIED AS MOOT**.  Since the filing of these motions, an amended complaint was filed which adds a Plaintiff and expands the allegations.

   Defendants may, if they wish, file new motions that address the allegations of the amended complaint.  In the motion, Defendants may refer the Court back to the original motions as to arguments made therein that they believe are still viable.  Such motions, if filed, shall be filed not later than twenty days from the filing of this Order.

   Finally, in light of the foregoing, the Unopposed Joint Motion to Extend Time to File Response and Reply to Motions to Dismiss and Strike and Response to First Amended Complaint filed November 30, 2012 (ECF No. 21) is also **DENIED AS MOOT**.

   Dated:  December 3, 2012.