IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–02432–WYD–KMT

DR. ALLEN FRIEDMAN, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

DOLLARTHRIFTY AUTOMOTIC GROUP, INC., d/b/a DOLLAR RENT A CAR,
DOLLAR RENT A CAR, INC., and
DTG OPERATIONS, INC., d/b/a DOLLAR RENT A CAR,

    Defendants.

---

**MINUTE ORDER**
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Based on the "Stipulation Regarding Plaintiffs' Motion for Leave to File Amended Complaint and Joint Motion to Amend Schedule According" (Doc. No. 94), "Plaintiffs' Motion for Leave to File a Second Amended Class Action Complaint" (Doc. No. 92, filed May 15, 2014) is GRANTED pursuant to Fed. R. Civ. P. 15(a)(2).   The Clerk of Court is directed to file Plaintiffs' "Second Amended Class Action Complaint and Demand for Jury Trial" and exhibits. (Doc. No. 92-1 at 5-79.)   Further, the deadline for Defendants to answer or respond to the First Amended Complaint and the deadlines for briefing on Plaintiffs' Motion for Leave to File Amended Complaint are VACATED.   Defendants shall answer or otherwise respond to Plaintiffs' Second Amended Complaint no later than June 23, 2014.

Dated: May 22, 2014