IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-02432-WYD-KMT

DR. ALLEN FRIEDMAN and
MICHAEL J. NELLIS, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.,
d/b/a DOLLAR RENT A CAR;
DOLLAR RENT A CAR, INC.; and
DTG OPERATIONS, INC. d/b/a/ DOLLAR RENT A CAR,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Plaintiffs' Unopposed Motion for Enlargement of Page Limit for Brief in Support of Motion for Class Certification filed September 30, 2014 (ECF No. 102) is **GRANTED**. Plaintiffs may file an opening brief of up to 30 pages in length in support of their motion to certify the class, and Defendants may file a response of up to 30 pages in length.

    Dated:  October 2, 2014.