IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-02432-WYD-KMT

DR. ALLEN FRIEDMAN and
MICHAEL J. NELLIS, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.,
d/b/a DOLLAR RENT A CAR;
DOLLAR RENT A CAR, INC.; and
DTG OPERATIONS, INC. d/b/a/ DOLLAR RENT A CAR,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Defendants' Motion for Enlargement of Page Limit for Brief in Opposition to Motion for Class Certification (ECF No. 120) filed October 31, 2014, is **GRANTED**. Defendants may file a response brief of up to 35 pages in length in opposition to Plaintiffs' Motion for Class Certification.

    Dated:  November 3, 2014.