**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   December 18, 2014 |
| E.C.R./Reporter:   Tammy Hoffschildt | |

Civil Action No: **12-cv-02432-WYD-KMT**

Counsel:

**DR. ALLEN FRIEDMAN, and
MICHAEL J. NELLIS, individually and on
behalf of all others similarly situated**,

Alan M. Mansfield
Joe R. Whatley, Jr.

   Plaintiffs,

v.

**DOLLAR THRIFTY AUTOMOTIVE
GROUP, INC., d/b/a DOLLAR RENT A
CAR;
DOLLAR RENT A CAR, INC.; and
DTG OPERATIONS, INC. d/b/a/ DOLLAR
RENT A CAR**,

John F. Ward, Jr.
Daniel J. Weiss
Michael D. Plachy
Jessica L. Fuller

   Defendants.

## COURTROOM MINUTES

**MOTION HEARING**

**1:33 p.m.**   Court in Session

   APPEARANCES OF COUNSEL.

   Court's opening remarks.

   Plaintiffs' Motion for Class Certification [ECF Doc. No. 104], filed October 14, 2014, is raised for argument.

1:37 p.m.   Argument by Plaintiffs (Mr. Mansfield).

| | |
|---|---|
| 2:15 p.m. | Argument by Plaintiffs (Mr. Whatley). |
| 2:20 p.m. | Argument by Defendants (Mr. Weiss). |
| 2:23 p.m. | Argument by Defendants (Mr. Ward). |
| 2:27 p.m. | Argument by Defendants (Mr. Weiss). |
| 2:45 p.m. | Argument by Plaintiffs (Mr. Mansfield). |
| 2:45 p.m. | Argument by Defendants (Mr. Weiss). |
| 3:05 p.m | Argument by Plaintiffs (Mr. Mansfield). |

**ORDERED:** Plaintiffs' Motion for Class Certification [ECF Doc. No. 104], filed October 14, 2014, is **TAKEN UNDER ADVISEMENT.**

Court indicates that a written order shall follow shortly.

**3:23 p.m.** Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   1:50**