**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:  April 23, 2015 |
| Court Reporter:     Gwen Daniel | |

| | |
|---|---|
| Civil Action No: **12-cv-02432-WYD-KMT** | Counsel: |
| **DR. ALLEN FRIEDMAN, and MICHAEL J. NELLIS, individually and on behalf of all others similarly situated**, | Alan M. Mansfield |
| Plaintiffs, | |
| v. | |
| **DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., d/b/a DOLLAR RENT A CAR; DOLLAR RENT A CAR, INC.; and DTG OPERATIONS, INC. d/b/a/ DOLLAR RENT A CAR**, | Daniel J. Weiss John F. Ward Jessica L. Fuller |
| Defendants. | |

**COURTROOM MINUTES**

**MOTION HEARING**

**09:43 a.m.**     Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks.

09:54   Argument by Mr. Mansfield

10:01   Argument by Mr. Weiss

10:44   Argument by Mr. Mansfield

10:53   Argument by Mr. Weiss

Further Argument/Discussion

Court's findings and rulings entered on the record.

The Court incorporates by reference and reinstates the underlying legal arguments set forth in the January 27, 2015 Order on Motion for Class Certification [160].

Court's comment regarding the *Daubert* issues

Further Argument/Discussion

**ORDERED:   1.   Plaintiffs' And Intervenor-Plaintiffs' Motion for Class Certification [166] filed 2/17/2015 is GRANTED.  A class is certified as to the CCPA claim only.**

**ORDERED:   2.   Plaintiffs shall submit a Proposed Order by Friday, May 8, 2015. Plaintiffs shall show the Proposed Order to Defendants before submitting it to the Court.**

**ORDERED:   3.   Defendants shall not file a response to the Third Amended Complaint.**

**ORDERED:   4.   Plaintiffs have up to and including May 8, 2015 to file their Fourth Amended Complaint.  Defendants have up to and including May 23, 2015  – or 14 days from date of service – to respond**.

11:27 a.m.   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:**   one hour and 44 minutes