IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-02432-WYD-KMT

DR. ALLEN FRIEDMAN and
MICHAEL J. NELLIS, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.,
d/b/a DOLLAR RENT A CAR;
DOLLAR RENT A CAR, INC.; and
DTG OPERATIONS, INC. d/b/a/ DOLLAR RENT A CAR,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Defendants' Expedited Motion to Amend or Clarify Judge Daniel's April 23, 2015 Minute Entry filed April 27, 2015 (ECF No. 201) is **GRANTED**.  To clarify, the Court's April 23, 2015 Minute Entry (ECF No. 200) does not constitute a definitive order granting a motion for class certification as contemplated under Fed. R. Civ. P. 23(f). Instead, a separate formal order including the Court's reasoning and conclusions will issue shortly after completion of the proposed order process directed by the Court in the April 23, 2015 Minute Entry.

    Dated:  May 5, 2015.