IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 12-cv-02432-WYD-KMT | Date: | June 16, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:* *Counsel:*

DR. ALLEN FRIEDMAN, individually and on behalf of all others similarly situated,   Alan Mansfield

   Plaintiff,

v.

DOLLARTHRIFTY AUTOMOTIC GROUP, INC., d/b/a   Jessica Fuller
DOLLAR RENT A CAR,   Daniel Weiss
DOLLAR RENT A CAR, INC., and
DTG OPERATIONS, INC., d/b/a DOLLAR RENT A
CAR,

   Defendants.

## COURTROOM MINUTES

**STATUS/SCHEDULING/MOTION HEARING**

**1:31 p.m.     Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding the status of the case, further case scheduling, pending motions, class certification, and trial dates.

Ms. Mansfield states Judge Daniel gave an oral order at the hearing held on April 23, 2015 which certified class as to the CCPA claim. However, Judge Daniel specifically stated in response to a Motion for Clarification that a formal written order would be issued. To date that order has not been docketed.

Court makes the suggestion that perhaps Judge Daniel would be receptive to setting a trial at a point in advance of the Final Pretrial Conference so as to maximize the time for class issues given the size of the putative class, and minimize the time spent simply waiting for a trial date. This is a matter that may be discussed at the next status conference.

**ORDERED:**   **The discovery deadlines are extended as follows:**
              **Rule 702 Motions, Expert, and Fact Discovery Cut off:   September 28, 2015**
              **Dispositive Motions Deadline:   October 28, 2015**
              **Defendants' Rebuttal Experts, if any, as discussed:   August 1, 2015**

**ORDERED:**   **A Telephonic Status Conference is set for December 4, 2015 at 10:00 a.m. before Magistrate Judge Kathleen M. Tafoya.   The parties shall initiate a conference call and contact 303-335-2780 at the scheduled time.   The parties shall submit a status report on or before November 20, 2015.**

**ORDERED:**   **Defendants' Motion to Strike Plaintiffs' Expert Witness List and to Bar Plaintiffs' Use of Improperly Disclosed Experts [148] is DENIED, as stated on record.**

**2:18 p.m.**   **Court in recess.**

Hearing concluded.
Total in-court time    00:47

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.