IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  12-cv-02432-WYD-KMT

DR. ALLEN FRIEDMAN and
MICHAEL J. NELLIS, individually and on
behalf of all others similarly situated,

      Plaintiff,

v.

DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., d/b/a DOLLAR RENT A CAR;
DOLLAR RENT A CAR, INC.; and
DTG OPERATIONS, INC. d/b/a/ DOLLAR RENT A CAR,

      Defendants.

---

## ORDER

---

In accordance with my Order issued this same date on Plaintiffs' pending

motions (ECF No. 246), which is incorporated by reference herein, it is

ORDERED that the Court's prior Order of July 1, 2015 (ECF No. 222) is hereby

amended *sua sponte* to reflect my ruling in ECF No. 246 pursuant to 28 U.S.C.

§ 1292(b) that in my opinion the Order involves a controlling question of law to which

there is a substantial ground for difference of opinion, and an immediate appeal from

the Order may materially advance the ultimate termination of the litigation.

Dated:  December 10, 2015

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge