# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02432-WYD-KMT

DR. ALLEN FRIEDMAN,
MICHAEL J. NELLIS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

      Plaintiffs,

PAUL R. PEAVEY,
and WENDY REPOVICH,

      Plaintiff-Intervenors,

v.

DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., D/B/A DOLLAR RENT A CAR;
DOLLAR RENT A CAR, INC.; AND
DTG OPERATIONS, INC. D/B/A/ DOLLAR RENT A CAR,

      Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order on Summary Judgment of Senior Judge Wiley Y. Daniel entered on January 5, 2017, it is hereby

ORDERED that Plaintiff DR. ALLEN FRIEDMAN, MICHAEL J. NELLIS, individually and on behalf of all others similarly situated recover nothing, the action is dismissed on the merits, and Defendants DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., d/b/a DOLLAR RENT A CAR; DOLLAR RENT A CAR, INC.; and DTG OPERATIONS, INC. d/b/a/ DOLLAR RENT A CAR are **AWARDED** their costs, to be

taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 5th day of January, 2017.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ *Robert R. Keech*

Robert R. Keech
Deputy Clerk